1 | Jonathan A. Dessaules, State Bar No. 019439
**DESSAULES LAW GROUP**
2 | 5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
3 | Tel. 602.274.5400
Fax 602.274.5401
4 | jdessaules@dessauleslaw.com

5 | *Local Counsel for Defendant*
*Experian Information Solutions*

6 |

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Andrew King,

      Plaintiff,

      v.

Experian Information Solutions, Inc.;
Equifax, Inc.; TransUnion, LLC; and
Portfolio Recovery Associates, LLC,

      Defendants.

**JOINT NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendants Experian Information Solutions, Inc. ("Experian"), Equifax, Inc. ("Equifax Inc."), TransUnion LLC ("TransUnion"), and Portfolio Recovery Associates LLC ("PRA"), (collectively, "Defendants") hereby file their Joint Notice of Removal of the above-captioned action to this Court and state as follows:

    1.    Experian, Equifax Inc., TransUnion, and PRA are named Defendants in Civil Action No. CC2015-159812 filed in the McDowell Mountain Justice Court for the State of Arizona, County of Maricopa (the "State Court Action").

    2.    The Complaint in the State Court Action was filed with the Clerk of the McDowell Mountain Justice Court on September 4, 2015.

3.      This Notice is being filed with this Court within thirty (30) days after Defendants received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4.      A copy of all process, pleadings, and orders served upon Defendants in the State Court Action is attached hereto as Exhibit A.

5.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

6.      Equifax Inc. is a corporation headquartered in Georgia.  Equifax Inc. is a holding company and has no income except for that derived from its ownership interests in its subsidiaries and affiliates.  Equifax Inc. is not a "consumer reporting agency," as that term is defined by the Fair Credit Reporting Act, does not maintain a database of consumer credit information, does not handle consumer credit files or issue consumer credit reports, and does not investigate consumer disputes regarding information in credit files.  Equifax Inc. is not in the business of, and does not engage in the practice of, assembling or evaluating consumer credit information or any other information on consumers for the purpose of furnishing reports on such consumers to third parties.

7.      TransUnion is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.      PRA is a limited liability corporation which sometimes furnishes information to Experian, Equifax, and TransUnion regarding its accounts, and therefore is a "furnisher of information" within the meaning of 15 U.S.C. § 1681s-2.

9.      The claims of relief against Experian, Equifax Inc., and TransUnion alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u.  Thus,

2

1  this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28
2  U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to
3  this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

4      10.    At the present time and at the time of the commencement of the State Court
5  Action, Plaintiffs are and were individual citizens of the State of Arizona.

6      11.    At the present time and at the time of the commencement of the State Court
7  Action, Experian is and was a corporation incorporated under the laws of the State of Ohio with
8  its principal place of business in Costa Mesa, California.

9      12.    At the present time and at the time of the commencement of the State Court
10  Action, Equifax Inc. is and was a corporation incorporated under the laws of the State of
11  Georgia with its principal place of business in Atlanta, Georgia.

12      13.    At the present time and at the time of the commencement of the State Court
13  Action, TransUnion is and was a corporation incorporated under the laws of the State of
14  Delaware with its principal place of business in Chicago, Illinois.

15      14.    At the present time and at the time of the commencement of the State Court
16  Action, PRA is and was a limited liability corporation formed under the laws of the State of
17  Delaware with its principal place of business in Norfolk, Virginia.

18      15.    All Defendants served with the Complaint in the State Court Action consent to
19  and join in this Joint Notice of Removal.

20      16.    Promptly after the filing of this Joint Notice of Removal, Defendants shall provide
21  notice of the removal to Plaintiffs through their attorney of record in the State Court Action and
22  to the clerk of the Court in the State Court action, as required by 28 U.S.C. § 1446(d).

23  ///
24  ///
25  ///
26  ///

1  Dated: October 1st, 2015                    Respectfully submitted,

2

3                                              *s/ Jonathan A. Dessaules*

4                                              Jonathan A. Dessaules, State Bar No.
                                               019439

5                                              DESSAULES LAW GROUP
                                               5353 North 16th Street, #110

6                                              Phoenix, AZ 85016
                                               Telephone:   (602) 274-5400

7                                              Facsimile:   (602) 274-5401

8
                                               *Attorneys for Defendant*
9                                              *Experian Information Solutions, Inc.*

10  Dated: October 1st, 2015                   Respectfully submitted,

11

12                                             *s/ Jacob C. Jones*

13                                             Jacob C. Jones, State Bar No. 029971
                                               SNELL & WILMER L.L.P.

14                                             One Arizona Center
                                               400 E. Van Buren, Suite 1900

15                                             Phoenix, Arizona  85004-2202
                                               Telephone:  602.382.6562

16                                             Facsimile:  602.382.6070
                                               Email: jcjones@swlaw.com

17

18                                             *Attorneys for Defendant*
                                               *Equifax Inc.*

19

20

21

22

23

24

25

26

4

1   Dated: October 1st, 2015                    Respectfully submitted,

2

3                                               *s/ Philip R. Wooten*

4                                               Philip R. Wooten, State Bar No. 007006
                                                PHILIP R. WOOTEN PC

5                                               3413 E. Equestrian Trail
                                                Phoenix, Arizona 85044

6                                               Telephone:   (480) 598-4330
                                                Facsimile:   (480) 598-4331

7                                               Email: Philip.wooten@azbar.org

8
                                                *Attorneys for Defendant*
9                                               *TransUnion, LLC*

10

11  Dated: October 1st, 2015                    Respectfully submitted,

12

13                                              *s/ Michael R. Ayers*

14                                              Michael R. Ayers, State Bar No. 024318
                                                HINSHAW & CULBERTSON, LLP

15                                              2375 East Camelback Road, Suite 750
                                                Phoenix, AZ 85016

16                                              Telephone:   (602) 631-4400
                                                Facsimile:   (602) 631-4404

17

18                                              *Attorneys for Defendant*
                                                *Portfolio Recovery Associates, LLC*

19

20

21

22

23

24

25

26

                                        5