Andrew L. King<br>
6607 N. 81st Place<br>
Scottsdale, AZ 85250

June 19, 2015

Experian
NCAC
PO Box 9701
Allen, TX 75013

    RE:    Andrew L. King
           6607 N. 81st Place, Scottsdale, AZ 85250
           SS#: ▮▮▮▮▮▮▮
           DOB: ▮▮▮▮▮▮▮
           Report Date: 5/31/15

To Whom It May Concern:

Attached is a page from my credit report reporting debt owed to Portfolio Recovery Associates in the amount of $2,484.00. Account # ▮▮▮▮▮▮▮▮▮▮8513. This account was settled with Portfolio Recovery Associates. No monies are currently owed to Portfolio Recovery Associates.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Andrew L. King

5/31/2015                                                                 Printable Report

**myFICO**   Andrew L King  |  May 5, 2015  |  Experian

## FICO® Score 8 Summary

**651**

FICO® Score 8 based on Experian data as of May 5, 2015

Your FICO® Score is Fair



Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score.

- FICO Scores range between 300 and 850
- Higher scores are better scores
- The higher your score, the more favorably lenders look upon you as a credit risk

Your FICO Score considers both positive and negative information in your credit report. The chart below shows the "ingredients" that affected your FICO score. Use this tool to help you understand how your credit behaviors can have a positive or negative impact on your score.

| FICO score Ingredients | How you rate |
|---|---|
| **Payment history** — Your history of paying bills on time. | Fair |
| **Amount of debt** — Your total amount of outstanding debt. | Good |
| **Length of credit history** — How long you've had credit. | Very Good |
| **Amount of new credit** — Amount of credit you've recently obtained or applied for. | Good |

### Additional FICO Score Versions

| FICO Score | Version | Score Range | Score Rating | Negative Score Factors |
|---|---|---|---|---|
| **Commonly Used in Mortgage Lending** | | | | |
| 647 | FICO® Score 2 — Previous version, used widely for mortgage lending | 300-850 | Fair | 1. You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report. 2. You have one or more accounts showing missed payments or derogatory indicators. 3. You've made heavy use of your available revolving credit. 4. You've recently been looking for credit. |
| **Commonly Used in Auto Lending** | | | | |
| 677 | FICO® Auto Score 8 — Version for auto lending | 250-900 | Good | 1. You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report. 2. You've made heavy use of your available revolving credit. 3. The remaining balance on your mortgage or non-mortgage installment loans is too high. 4. You have few accounts that are in good standing. |
| 670 | FICO® Auto Score 2 — Previous version for auto lending | 250-900 | Good | 1. You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report. 2. You have one or more accounts showing missed payments or derogatory indicators. 3. Your open installment loans do not show a long credit history. 4. You've made heavy use of your available revolving credit. |
| **Commonly Used in Credit Card Lending** | | | | |
| 656 | FICO® Bankcard Score 8 — Version for credit card lending | 250-900 | Fair | 1. You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report. 2. You've made heavy use of your available revolving credit. 3. You have few accounts that are in good standing. 4. You have a short credit history. |
| 670 | FICO® Score 3 — Previous version predominantly used for credit card lending | 300-850 | Good | 1. You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report. 2. You have a recent public record and/or collection on your credit report. 3. You've recently been looking for credit. 4. You have one or more accounts showing missed payments or derogatory indicators. |
| 644 | FICO® Bankcard Score 2 | 250-900 | Fair | 1. You have a serious delinquency or derogatory indicator, public record and/or collection |

https://www.myfico.com/report/printablereport.aspx?template=Y&rpid=8cb4232-cf9e-41a6-a611-2bacbec6fd39                    1/18

5/31/2015                                                                 Printable Report

## Collections

If you do not make your required payments on an account, a business may turn over the unpaid account to a collection agency. This is called a collection. The presence of collections can hurt your FICO® Score.

### Collection on debt to: Ge Money Bank
The collection agency "Portfolio Recovery Ass" was hired to collect a debt of $2,237 originally owed to "Ge Money Bank" on account number "4478XXXXXXXXXXXX".

| | |
|---|---|
| Collection agency | Portfolio Recovery Ass |
| Original balance | $2,237 |
| Current balance | $2,237 |
| Date assigned | Jul 20, 2011 |
| Original lender | Ge Money Bank |
| Account number | 4478XXXXXXXXXXXX |
| Account holder | Individual |

### Collection on debt to: Ge Money Bank
The collection agency "Portfolio Recovery Ass" was hired to collect a debt of $3,331 originally owed to "Ge Money Bank" on account number "7714XXXXXXXXXXXX".

| | |
|---|---|
| Collection agency | Portfolio Recovery Ass |
| Original balance | $3,331 |
| Current balance | $2,484 |
| Date assigned | Jul 20, 2011 |
| Original lender | Ge Money Bank |
| Account number | 7714XXXXXXXXXXXX |
| Account holder | Individual |

### Collection on debt to: Ge Money Bank F.S.B.
The collection agency "Portfolio Recovery Ass" was hired to collect a debt originally owed to "Ge Money Bank F.S.B." on account number "6011XXXXXXXXXXXX".

| | |
|---|---|
| Collection agency | Portfolio Recovery Ass |
| Original balance | $991 |
| Date assigned | Jul 20, 2011 |
| Original lender | Ge Money Bank F.S.B. |
| Account number | 6011XXXXXXXXXXXX |
| Account holder | Individual |

### Collection on debt to: Hsbc Bank Nevada N.A.
The collection agency "Portfolio Recovery Ass" was hired to collect a debt originally owed to "Hsbc Bank Nevada N.A." on account number "5499XXXXXXXXXXXX".

| | |
|---|---|
| Collection agency | Portfolio Recovery Ass |
| Original balance | $1,475 |
| Date assigned | Mar 18, 2011 |
| Original lender | Hsbc Bank Nevada N.A. |
| Account number | 5499XXXXXXXXXXXX |
| Account holder | Individual |

# EXHIBIT F

Andrew L. King
6607 N. 81st Place
Scottsdale, AZ 85250

June 30, 2015

Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000

RE: Andrew L. King
6607 N. 81st Place, Scottsdale, AZ 85250
SS# ▮▮▮▮
DOB: ▮▮▮▮
Report Date: 5/29/15
File # ▮▮▮722

To Whom It May Concern:

Attached is a page from my credit report reporting debt owed to Portfolio Recovery Associates in the amount of $2,484.00. Account # ▮▮▮▮513. This account was settled with Portfolio Recovery Associates. No monies are currently owed to Portfolio Recovery Associates.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Andrew L. King

120 CORPORATE BLVD
NORFOLK, VA 23502
(800) 772-1413

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 07/29/2011 | Balance: | $2,237 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 08/14/2015 | | |
| Account Type: | Open Account | Last Payment Made: | 02/03/2010 | | |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Amount: | $2,237 | | |
| | | Original Creditor: | GE MONEY BANK | | |
| | | Past Due: | >$2,237< | | |

Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 02/2017

**PORTFOLIO RECOVERY** ██████091****
120 CORPORATE BLVD
NORFOLK, VA 23502
(800) 772-1413

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 07/29/2011 | Balance: | $2,484 | Pay Status: | >In Collection< |
| Responsibility: | Individual Account | Date Updated: | 08/14/2015 | | |
| Account Type: | Open Account | Last Payment Made: | 03/08/2013 | | |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Amount: | $3,331 | | |
| | | Original Creditor: | GE MONEY BANK | | |
| | | Past Due: | >$2,484< | | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 02/2017

**PORTFOLIO RECOVERY** ██████847****
120 CORPORATE BLVD
NORFOLK, VA 23502
(800) 772-1413

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 07/29/2011 | Balance: | $0 | Pay Status: | >Account Paid in Full; was a Collection< |
| Responsibility: | Individual Account | Date Updated: | 04/05/2013 | Date Closed: | 03/01/2013 |
| Account Type: | Open Account | Last Payment Made: | 01/22/2013 | Date Paid: | 01/22/2013 |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Amount: | $861 | | |
| | | Original Creditor: | GE MONEY BANK FSB | | |

Remarks: >SETTLED-LESS THAN FULL BLNC<; >PAID COLLECTION<
Estimated month and year that this item will be removed: 02/2017

**PORTFOLIO RECOVERY** ██████188****
120 CORPORATE BLVD
NORFOLK, VA 23502
(800) 772-1413

| | | | | | |
|---|---|---|---|---|---|
| Placed for collection: | 03/18/2011 | Balance: | $0 | Pay Status: | >Account Paid in Full; was a Collection< |
| Responsibility: | Individual Account | Date Updated: | 10/19/2012 | Date Closed: | 09/03/2012 |
| Account Type: | Open Account | Last Payment Made: | 08/28/2012 | Date Paid: | 08/28/2012 |
| Loan Type: | FACTORING COMPANY ACCOUNT | Original Amount: | $1,475 | | |
| | | Original Creditor: | HSBC BANK NEVADA N A | | |

Remarks: ACCT INFO DISPUTED BY CONSUMR; >SETTLED-LESS THAN FULL BLNC<; >PAID COLLECTION<
Estimated month and year that this item will be removed: 02/2017

**Satisfactory Accounts**

# EXHIBIT G

# EQUIFAX

**CREDIT FILE : July 31, 2015**
**Confirmation #** ▇▇▇▇▇9573

Dear Andrew L King:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

### Credit Account Information

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> We have researched the credit account. Account # - ▇▇▇▇▇1091* The results are: We have verified that this item has been reported correctly. If you have documents that release you from this obligation, please forward a copy to us. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: Gecrb/Sams Club, PO Box 965005, Orlando FL 32896-5005

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Reviewed | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇1091* | 11/01/2002 | $3,733 | $0 | | | 99 | Transfer/Sold | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2015 | $0 | $0 | 02/2010 | $200 | $0 | 03/2010 | | 09/2010 | $0 | | $0 | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Charged Off Account; Charge;

| Account History with Status Codes | 07/2011 |
|---|---|
| | L |

(Continued On Next Page)        Page 1 of 2        5190029573APPL ADM-001999340- 6769 - 8756 -.

P.O. Box 105518
Atlanta, GA 30348

Andrew L King
6807 N 81st Pl
Scottsdale, AZ 85250-5637

>>> **We have researched the credit account. Account #** - ▮▮▮▮▮▮0001* **The results are:** This creditor has verified to OUR company that the balance is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Geerb/GAP DC, PO Box 965005, Orlando FL 32896-5005*

| Synch/GAP DC, PO Box 965005, Orlando FL 32896-5005 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
| ▮▮▮▮▮0001* | 03/01/2006 | $3,038 | $0 | | | | 40 | Transfer/Sold | | | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/31/2015 | $0 | $0 | 02/2010 | $300 | $0 | 03/2010 | | 09/2010 | $0 | | | $0 | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Transferred or Sold; Charged Off Account; Credit Card;

>>> **We have researched the credit account. Account # - GE MO**-▮▮▮▮▮1091* **The results are:** We verified that this item belongs to you. Additional information has been provided from the original source regarding this item. Historical account information was deleted from this account. If you have additional questions about this item please contact: *Portfolio Recovery Assoc, Riverside Commerce Center, 120 Corporate Blvd Ste 100, Norfolk VA 23502-4962*

| Portfolio Recovery Associates, Riverside Commerce Center 120 Corporate Blvd Ste 100 Norfolk VA 23502-4962 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
| GE MO▮▮▮▮▮1091* | 07/01/2011 | $3,331 | $0 | | | | 43 | | | Retail | |
| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 07/31/2015 | $2,483 | $2,483 | 03/2013 | $393 | $0 | 03/2010 | | 10/2011 | $0 | | | $0 | |

Status - Collection Account; Type of Account - Open; Type of Loan - Debt Buyer Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes After Resolution; Collection Account;

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

( End Of Report )     5190029573APPLADM-001999310-6759 - 8758



# EXHIBIT H



Experian
A world of Insight

Prepared for: ANDREW L KING
Date: July 15, 2015
Report number: 2275-0583-28

Page 1 of 24

## Dear ANDREW L KING ,

To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.

PORTFOLIO RECOVERY ASSOCIATES
▓▓▓▓▓▓▓1091....
PLEASE CONTACT CREDIT GRANTOR AT -8664286589-

To order a copy of your VantageScore® report with a credit card, log on to www.experian.com/help or call 1 (888) 322-5583. To order with a check or money order, write to us at:

Experian
P.O. Box 2002
Allen, TX 75013

Be sure to include the following information:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- One copy of a government-issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

Make sure that each copy is legible and displays your name and current mailing address, and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send copies of any documents you wish to provide to us and always retain your original documents.

Please enclose payment of of $7.95 plus any applicable tax.

Because your score is based on information in your personal credit report, it is very important that you review a copy of your personal credit report carefully for accuracy. To order a copy of your personal credit report with a credit card, log on to www.experian.com/help or call 1 (888) EXPERIAN (1 888 397-3742). To

PO Box 9701
Allen, TX 75013

0006527 01 MB 0.696 -AUTO 1 0 7169 85250-5637D7
ANDREW L KING
6607 N 81ST PL
SCOTTSDALE AZ 85250-5637

Scan me with your smart phone for special offers from Experian.

0146420328