**Experian**
A world of insight

Prepared for: ANDREW E KING
Date: July 15, 2015
Report number: 2278-5553-28

Page 5 of 24

order by mail, send all of the information listed above. If you are not eligible for a free report by federal or state law, fees for credit reports, with applicable taxes, are:

California - $8; Colorado, Massachusetts - 1 free report per calendar year, $8 thereafter; New Jersey - 1 free report per calendar year, $8.56 thereafter; Connecticut - $5.32 for first copy per calendar year, $7.98 thereafter; Georgia - 2 free reports per calendar year, $12 thereafter; Maine - 1 free report per 12–month period, $5 thereafter; Maryland - 1 free report per 12–month period, $5.30 thereafter; Minnesota - $3; Montana, $8.50; Vermont - 1 free report per 12–month period, $7.50 thereafter. All other states and territories - $12 plus any applicable tax.

Acceptable forms of payment are credit card, check and money order. If you submit your credit card information by mail, be sure to include the name exactly as it is displayed on the card, the credit card type, the credit card number and the expiration date. Accepted credit cards are American Express, Discover, MasterCard and VISA.

Designers of credit scoring models review a set of consumers - often over a million - who opened loans at the same time, and determine who paid their loan and who did not. The credit profiles of the consumers who defaulted on the loans are examined to identify common traits they exhibited at the time they applied for the loan (such as number of open accounts; amount of outstanding balances; number and severity of late payments; type, number and age of accounts; recent inquiries, etc.) The designers then build statistical models that assign weights to each variable, and these variables are combined to create a credit score.

Experian and other designers of credit scoring models will not disclose the formula used to calculate your score because this is proprietary information. We also cannot advise you specifically how to raise your score, or how changes to your credit report might impact your score. For general information on how to improve your score, see the back of your credit score report. We calculate your score based on information in your personal credit report and we cannot change the score; however, inaccurate information in your report can be corrected, which may change your score. If you feel that your score does not accurately reflect your credit history, please review your personal credit report. If any information is inaccurate, log on to www.experian.com/disputes or contact us at the toll-free number on your credit report to initiate a dispute. If the dispute

process results in a change to your credit report, your score may or may not be impacted when you request a new credit score report.

To obtain your VantageScore®, call 1 (888) EXPERIAN (397-3742).

Scores reflect credit payment patterns over time with more emphasis on recent information. In general, a score may improve, if you:

- Pay your bills on time. Delinquent payments and collections can have a major negative impact on a score.

- Keep balances low on credit cards and other "revolving credit." High outstanding debt can affect a score.

- Apply for and open new credit accounts only as needed. Don't open accounts just to have a better credit mix — it probably won't raise your score.

- Pay off debt rather than moving it around. Also don't close unused cards as a short-term strategy to raise your score. Owing the same amount but having fewer open accounts may lower your score.

We cannot advise you specifically how to raise your score, or how changes to your credit report might impact your score. If you feel that your score does not accurately reflect your credit history, please review your personal credit report. If any information is inaccurate, log on to www.experian.com/disputes or contact us at the toll-free number on your credit report to initiate a dispute. If the dispute process results in a change to your credit report, your score may or may not be impacted when you request a new credit score report.

Sincerely,

Experian
NCAC
P.O. Box 2002
Allen TX 75013



**Experian**
An Experian company

**Prepared for:** ANDREW L KING
**Date:** July 03, 2015
**Report number:** 2278-0683-28

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Category |
|---|---|
| PORTFOLIO RECOVERY ASS███691... | Updated |

Visit experian.com/status to check the status of your pending disputes at any time

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To-order, call 1 866 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, these names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0149420328

Experian

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years. Unpaid tax liens may remain for up to 10 years from the filing date, and paid tax liens may remain for up to seven years from the filing date. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Payment history legend

| | | | |
|---|---|---|---|
| CUR | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | REP | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | INS | Insurance claim |
| 120 | Account 120 days past due | CLG | Claim filed with government |
| 150 | Account 150 days past due | DEF | Defaulted on contract |
| 180 | Account 180 days past due | COL | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| FC | Foreclosed | ND | No data for this time period |



0146420328

Prepared for: ANDREW L. KING
Date: July 16, 2015
Report number: 2278-0583928

Your accounts that may be considered negative (continued)

0148420328



Prepared for: ANDREW KING
Date: July 15, 2015
Report number: 2373-0883-28

Your accounts that may be considered negative (continued)

 **Experian**

Prepared for: ANDREW L KING
Date: July 18, 2013
Report number: 2278-0583-28

Page 7 of 24

Your accounts that may be considered negative (continued)

---

| PORTFOLIO RECOVERY ASSOCIATES 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 Phone number (800) 772 1413 Partial account number 4091.... Address identification number 0801993046 Original creditor HSBC BANK NEVADA N.A. | Date opened Mar 2011 First reported May 2011 Date of status Aug 2012 | Type Debt Buyer Terms 1 Months Monthly payment Not reported | Credit limit or original amount $1,475 High balance Not reported | Recent balance Not reported | Responsibility Individual Status Paid in settlement. This account is scheduled to continue on record until Dec 2016. Comment Account information disputed by consumer. (Meets requirement of the Fair Credit Reporting Act). Comment Account paid in full for less than full balance |

Payment history

| 2012 | | | | | | | | | 2011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | | |

---

| PORTFOLIO RECOVERY ASSOCIATES 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 Phone number (800) 772 1413 Partial account number 601138109647.... Address identification number 0801993046 Original creditor GE MONEY BANK F.S.B. | Date opened Jul 2011 First reported Oct 2011 Date of status Feb 2013 | Type Debt Buyer Terms 1 Months Monthly payment Not reported | Credit limit or original amount $961 High balance Not reported | Recent balance Not reported | Responsibility Individual Status Paid in settlement. This account is scheduled to continue on record until Dec 2016. Comment Account paid in full for less than full balance |